**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-1677**

───────────

JAMES E. BEASLEY,

                              Plaintiff - Appellant,

        versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

                              Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  G. Ross Anderson, Jr., District
Judge.  (CA-99-1568-2-13AJ)

───────────

Submitted:  October 17, 2000        Decided:  November 1, 2000

───────────

Before LUTTIG, MICHAEL, and TRAXLER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

James Beasley, Appellant Pro Se.  Michele M. Kelley, SOCIAL SECU-
RITY ADMINISTRATION, Denver, Colorado, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Beasley appeals the district court's order dismissing his complaint as untimely filed. We have reviewed the record and the district court's order adopting the recommendation of the magistrate judge and find no reversible error.[1] We therefore affirm on the reasoning of the district court. See Beasley v. Apfel, No. CA-99-1568-2-13AJ (D.S.C. Mar. 27, 2000).[2] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[1] We note that the complaint in this action was docketed in the district court on May 18, 1999, rather than on May 26.

[2] Although the district court's judgment is marked as "filed" on March 24, 2000, the district court's record shows that it was entered on the docket sheet on March 27. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).